# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle Reynolds<br><br>*Defendant* | )<br>)<br>) Case No. 3:24-mj-00180-KFR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2023__, at or near __Eagle River__ in the _____ District of __Alaska__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit of ATF SA Sarah Foreman

☒ See attached affidavit.

*Digitally signed by SARAH FOREMAN*
*Date: 2024.04.22 13:38:30 -08'00'*

*Complainant's signature*

SA Sarah Foreman, ATF
*Printed name and title*

**Telephonically sworn and affirmed.**

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41 (d)(3) on:

Date: __April 22, 2024__

City and state: __Anchorage, Alaska__

*Judge's Signature*

Hon. Kyle F. Reardon, U.S. Magistrate Judge
*Printed name and title*